# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| MAYFAIR MINING & MINERALS, INC., a Nevada Corporation,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>PETER DAVY; BLACK CORPORATIONS 1-5; JOHN DOES 1-5,<br><br>　　　　Defendants. | Case No._3:08-CV-00523-LRH-VPC<br><br>STIPULATION FOR EXTENSION OF TIME; ORDER |

## STIPULATION

Counsel for Plaintiff and Counsel for Defendant Peter Davy, respectfully submit this Stipulation for extension of time for Plaintiff to file a response to the Motion to Dismiss (Document # 7) in the above-referenced matter.

Plaintiff shall have to and including November 6, 2008, within which to file and serve such response.

**SO STIPULATED:**

　　　　　　　　　　　　　　　　　　　　MICHAEL J. MORRISON, ESQ.
　　　　　　　　　　　　　　　　　　　　Attorney for Plaintiff

　　　　　　　　　　　　　　　　　　　　/s/ Michael J. Morrison

Dated: October 24, 2008　　　　　　　　By: _____

                          Louis M. Bubala, Esq.
                          Jones Vargas
                          Attorney for Defendant Davy

                          /s/ Louis M. Bubala

Dated: October 24, 2008          By: _____

## IT IS SO ORDERED

DATED this 27th day of October, 2008.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE