JONES VARGAS
100 West Liberty Street, Twelfth Floor
P.O. Box 281
Reno, NV 89504-0281
Tel: (775) 786-5000   Fax: (775) 786-1177

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| MAYFAIR MINING & MINERALS, INC., a Nevada corporation,<br><br>Plaintiff,<br>vs.<br><br>PETER DAVY; BLACK CORPORATIONS 1-5; JOHN DOES 1-5,<br><br>Defendants. | Case No. 3:08-CV-00523-LHR-VPC |

**STIPULATION AND ORDER TO EXTEND THE DEADLINE FOR DEFENDANT TO REPLY TO RESPONSE OF PLAINTIFF'S OPPOSITION TO MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION, OR IN THE ALTERNATIVE, FOR *FORUM NON CONVENIENS*
(FIRST REQUEST)**

Plaintiff Mayfair Mining & Minerals, Inc., by its counsel, Michael Morrison, Esq., and Defendant Peter Davy, through his counsel Jones Vargas, stipulate as follows, consistent with the requirements of L.R. 6-1, 6-2 and 7-1.

1. Plaintiff personally served the Opposition to Motion to Dismiss for Lack of Personal Jurisdiction, or in the Alternative, *Forum Non Conveniens* on Defendant on November 6, 2008.

2. Defendant's Reply to the Opposition is due November 17, 2008, pursuant to LR 7-2(c).

3. Defendant is located in England, which delays certain communication with counsel.

1      4.    Therefore, Defendant shall have an additional 2 days to respond, through November 19, 2008.

IT IS SO STIPULATED.

Dated this 13th day of November, 2008.      Dated this 13th day of November, 2008.

By: __/s/ L. Bubala_____      By: ___/s/ Michael J. Morrison_____
LOUIS M. BUBALA III, ESQ.      MICHAEL J. MORRISON, ESQ.
NV Bar No. 8974      NV Bar No. 1665
JONES VARGAS      1495 Ridgeview Dr., Ste. 220
100 W. Liberty St., 12th Floor      Reno, NV 89509
P.O. Box 281      Telephone: (775) 827-6311
Reno, NV 89504      Email: morrisonlaw@pyramid.net
Telephone: (775) 786-5000
Facsimile: (775) 786-1177      Attorneys for Plaintiff Mayfair Mining & Minerals
Email: lbubala@jonesvargas.com

Attorneys for Peter Davy

IT IS SO ORDERED.

*[signature]*

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE

DATED: November 14, 2008